July 22, 2025

**BY ECF**

The Honorable Paul A. Engelmayer
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    *Mami Chelo Foundation, et ano. v. U.S. Immigration and Customs Enforcement, et ano.*, No. 25 Civ. 2546 (PAE)

Dear Judge Engelmayer:

        On behalf of the parties in the above-referenced case brought by Plaintiffs Mami Chelo Foundation and Andrew Free (collectively, "Plaintiffs") pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, against U.S. Immigration and Customs Enforcement ("ICE"), and United States Department of Homeland Security—Office of Inspector General ("DHS-OIG," and together with ICE, "Defendants"), we respectfully submit this joint status letter.

        Plaintiffs filed the complaint in this action on March 28, 2025. Dkt. No. 2. Defendants answered the complaint on May 28, 2025. Dkt. No. 21. The FOIA requests at issue were sent to ICE (two requests) and DHS-OIG (one request), and they seek certain records related to the death of Cristian Dumitrascu while in the custody of ICE in March 2023.

        With respect to the request to DHS-OIG, after the complaint was filed, but before Defendants answered, DHS-OIG made a production of non-exempt, responsive records, with redactions. Plaintiffs have reviewed the production and consider the FOIA request to DHS-OIG "fully completed," and Plaintiffs will not be challenging redactions or adequacy of search.

        With respect to the requests to ICE, Plaintiffs sought both video records and documents. After the complaint was filed, but before Defendants answered, ICE made a production of non-exempt, responsive documentary records, with redactions. Plaintiffs have reviewed the production and consider the requests for documents complete, and Plaintiffs will not be challenging redactions or adequacy of search. In addition, the parties have agreed to narrow the scope of the video records sought, and ICE produced the videos on July 11, 2025. Because of a technical error, the videos ICE produced were missing a small portion of the footage the parties agreed ICE would produce. After Plaintiffs alerted ICE to the missing footage, that footage was produced by July 18, 2025.

        ICE has confirmed to Plaintiffs that it (i) does not have any other footage from inside the K pod where Mr. Dumitrascu was being held, (ii) is not aware of any video deletion, destruction,

Page 2

or overwriting by CoreCivic for this area on March 5, 2023, and (iii) does not have any handheld video of the emergency response.

Now that Defendants have produced all of the agreed-upon records, the parties will explore a consensual resolution of Plaintiffs' claim for attorneys' fees. Plaintiffs will provide itemized billing records in support of the claimed fees, with any privileged information redacted, to the government to facilitate such discussions. The parties will advise the Court of their progress on or before the date the next status update is due, August 22, 2025.

We thank the Court for its consideration of this letter.

Respectfully submitted,

JAY CLAYTON
United States Attorney

 s/ Adam Pollock
Adam Pollock
Anna Menkova
POLLOCK COHEN LLP
111 Broadway, Suite 1804
New York, NY 10006
Adam@PollockCohen.com
Anna@PollockCohen.com
(212) 337-5361

By: s/[1] Anthony J. Sun
ANTHONY J. SUN
Assistant United States Attorney
86 Chambers St., 3rd Floor
New York, New York 10007
(212) 637-2810

---

[1] Consent for signature obtained pursuant to S.D.N.Y. ECF Rule 8.5(b).